

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

MCI WORLDCOM NETWORK
SERVICE, INC.,

v.

ROBERT EDWARD BOND,      CASE NUMBER:    1:05-1031-T/An
et al.,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 4/8/2005, the Plaintiff's Motion for Attorney Fees and Motion to Remand is GRANTED, the Plaintiff is awarded costs and attorney fees against all defendants except Robert Edward Bond in the amount of $7,016.35, and this case is hereby REMANDED to the Circuit Court of Madison County, TN.

APPROVED:

_(signed) James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

4/13/05       BY: _(signed) C. Herd_
DATE                                        DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4/14/05.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01031 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

George H. Nolan
BOULT CUMMINGS CONNERS & BERRY
1600 Division St.
Ste. 700
Nashville, TN 37203

Joseph G. DeGaetano
1600 Division Street
Ste 700
Nashville, TN 37203

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Linda S. Taylor
LAW OFFICES OF LINDA SESSON TAYLOR
925 North Highland Avenue
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT