**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| MCI WORLDCOM NETWORK SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.   05-1031 T/An |
| ROBERT EDWARD BOND, et al., | ) ) | |
| Defendants. | ) ) | |

---

**ORDER GRANTING MOTION TO WITHDRAW APPLICATION
FOR WRIT   OF EXECUTION AND TO SUBSTITUTE AMENDED
APPLICATION FOR WRIT OF EXECUTION**

---

Before the Court is Plaintiff's Motion to Withdraw Application for Writ of Execution,

and to Substitute Amended Application for Writ of Execution filed on July 21, 2005.  For good

cause shown, the Motion is **GRANTED**.  The Clerk is ordered to strike Plaintiff's original

Application for Writ of Execution and file the Amended Application.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _August 12, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01031 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Joseph G. DeGaetano
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Linda S. Taylor
LAW OFFICES OF LINDA S. TAYLOR
206 E. Main St.
Ste. 202
Jackson, TN 38302

George H. Nolan
BOULT CUMMINGS CONNERS & BERRY
1600 Division St.
Ste. 700
Nashville, TN 37203

Honorable James Todd
US DISTRICT COURT